UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| Richard H. Friedberg | : | Case No.: 08-51245 |
| Debtor | : | |
| | : | July 16, 2010 |

## RICHARD H. FRIEDBERG – DEBTOR
## COMPLIANCE WITH RULE 8006 – RECORD AND ISSUES ON APPEAL

Richard H. Friedberg (hereinafter "Debtor"), who has filed an appeals under 28 U.S.C. 158 (a) from the order of the United States Bankruptcy Judge Alan H. W. Shiff the ORDER UPON CONVERSION OF CASE UNDER CHAPTER 11 TO CASE UNDER CHAPTER 7 (Doc. I.D. 446) entered in this Chapter 11 bankruptcy case on the 24th day of June, 2010, hereby complies with Rule 8006- "RECORD AND ISSUES ON APPEAL" as follows:

ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL:

MELISSA ZELEN NEIER ("TRUSTEE"), CHAPTER 11 TRUSTEE FOR THE ESTATE OF RICHARD H. FRIEDBERG ("DEBTOR") – "MOTION PURSUANT TO 11 U.S.C. 1112(b) TO CONVERT CASE TO A CASE UNDER CHAPTER 7".

JUDGE ALAN H. W. SHIFF- UNITED STATES BANKRUPTCY JUDGE – "ORDER UPON CONVERSION OF CASE UNDER CHAPTER 11 TO CASE UNDER CHAPTER 7 – DATED JUNE 23, 2010.

UNITED STATES BANKRUPTCY COURT - DISTRICT OF CONNECTICUT –
BRIDGEPORT DIVISION - JUNE 22, 2010 "SHORT CALENDAR TRANSCRIPT"
FOR RICHARD H. FRIEDBERG, DEBTOR, CHAPTER 11, CASE NO: 08-51245 -
"HEARING OF MELISSA ZELEN NEIER (CHAPTER 11 TRUSTEE) MOTION".

NEW YORK - PRESBYTERIAN HOSPITAL DISCHARGE NOTICE FOR RICHARD
H. FRIEDBERG ("DEBTOR") DATED JUNE 24, 2010.

RICHARD H. FRIEDBERG E-MAILS REQUESTING "CONTINUANCE" OF JUNE
22, 2010 "HEARING DATE ON MELISSA ZELEN NEIER (CHAPTER 11
TRUSTEE) MOTION .

STIPULATION AND ORDER OF JUDGE ALAN H. W. SHIFF – DATE APRIL 21,
2010 , FILED APRIL 30, 2010, APPOINTING MELISSA ZELEN NEIER AS THE
CHAPTER 11 "OPERATING TRUSTEE" OF THE RICHARD H. FRIEDBERG
ESTATE.

AFFIDAVIT RONALD CHORCHES, ESQ. AS TO CONVERSTIONS WITH
MELISSA ZELEN NEIER (CHAPTER 11 TRUSTEE) AS TO AGREEMENT FOR
"CONTINUANCE" FOR HEARING OF MELISSA ZELEN NEIER MOTION.

AFFIDAVIT OF PETER RESSLER, ESQ. AS TO CONVERSATIONS WITH
MELISSA ZELEN NEIER CONCERNING HER MOTION TO CONVERT RICHARD
H. FRIEDBERG (DEBTOR) FROM CHAPTER 11 TO CHAPTER 7.

ALL OTHER INFORMATION RICHARD H. FRIEDBERG (DEBTOR) BELIEVES
WILL SUPPORT DEBTOR'S APPEAL OF JUDGE ALAN H. W. SHIFF "ORDER
UPON CONVERSION OF CASE UNDER CHAPTER 11 TO CASE UNER
CHAPTER 7" DATED JUNE 23, 2010.

RICHARD H. FRIEDBERG WITNESSES TO BE PRESENTED BY HIM TO
SUPPORT DEBTORS APPEAL.

**STATEMENT OF THE ISSUES TO BE PRESENTED:**

RICHARD H. FRIEDBERG ('DEBTOR") HAD THE "RIGHT TO BE HEARD" UNDER THE LAWS OF THE UNITED STATES BANKRUPTCY CODE AND RULES ON THE MOTION OF CONVERSION BY MELISSA ZELEN NEIER DATED JUNE 15, 2010, ON THE HEARING DATED SCHEDULED BEFORE JUDGE ALAN H. W. SHIFF. FRIEDBERG'S INABILITY TO ATTEND SUCH HEARING AS A RESULT OF REQUIRED EMERGENCY HEART DISEASE MEDICAL PROCEDURES AT NEW YORK – PRESBYTERIAN HOSPITAL, NEW YORK CITY – JUNE 21 – 24, 2010 PREVENTED HIM FROM ATTENDING SUCH HEARING TO DEFEND HIMSELF AGAINST AND REFUTE AND REBUTE "UNSUBSTANTIATED ALLEGATIONS" BY MELISSA ZELEN NEIER ("TRUSTEE") IN HER "MOTION PAPERS TO CONVERT THE RICHARD H. FRIEDBERG CASE NO. 08-51245 FROM CHAPTER 11 TO CHAPTER 7 – DATED JUNE 15, 2010.

RICHARD H. FRIEDBERG ("DEBTOR") WILL PROVE THAT NEIER'S ALLEGATIONS AS TO THE DEBTOR AND THE OPERATIONS ARE UNTRUE OR WITHIN THE LAW IN ALL RESPECTS.

IN ADDITION, AMONG OTHER THINGS, RICHARD H. FRIEDBERG ("DEBTOR") WILL PROVE THAT MELISSA ZELEN NEIER AS THE CHAPTER 11 "OPERATING TRUSTEE" OF THE RICHARD H. FRIEDBERG ESTATE APPOINTED ON APRIL 30, 2010 HAS BEEN <u>"DERELICT" AND "INCAPABLE"</u> IN PERFORMING HER DUTIES AS MANDATED BY ORDER OF JUDGE ALAN H. W. SHIFF DATED APRIL 30, 2010.

The names of all parties to the order appealed from and the name, addresses, and telephone numbers of their respective attorneys are as follows:

Georgia Capital, LLC
c/o Jeffrey Hellman, Esq.
Zeisler & Zeisler, PC
558 Clinton Avenue
Bridgeport, CT 06605
(203) 368-4234

Marianne Howatson
c/o Maximo Medina, Jr. Esq.
Zeldes, Needle & Cooper
PO Box 1740
1000 Lafayette Boulevard
Bridgeport, CT 06601
(203)332-5718

U.S. Trustee
c/o Steven E. Mackey
Office of the United States Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
((203) 773-2210

Kim I. McCabe
Office of U.S. Trustee
Giamo Federal Building
150 Court Street
Room 302
New Haven, CT
(203) 773-22210

United States of America
c/o Ann M. Nevins
United States Attorney's Office
915 Lafayette Blvd., Room 309
Bridgeport, CT 06604
(203) 696-3000

Melissa Zelen Neier
Chapter 11 Trustee
c/o Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830
(203) 661-6000

Stuart B. Ratner
c/o Stuart B. Ratner, P.C.C
1010 Summer Street
Stamford, CT 06905
(203) 323-4900

David S. Poppick, Esq.
c/o Epstein, Becker & Green
One Landmark Square, Suite 1800
Stamford, CT 06901
(203) 348-3737

Thomas M. Shanley, Esq.
7 Arch Street
Greenwich, CT 06830
(203) 622-9004

Charles Filardi, Jr.
Filardi Law Office, LLC
65 Trumbull Street
Second Floor
New Haven, CT. 06510
(203)-562-8388

Roberta Naplitano
Weinstein, Weiner, Ignal,
Napolitano & Shapiro
P.O. Box 9177
Bridgeport, CT 06601
(203) 333-1177

Kenneth M. Rozich
Jacobs & Rozich, LLC
P.O. Box 1952
New Haven, CT 06509
(203) 772-4134

Benjamin T. Staskiewiez
Hunt Leibert Jacobson PC
50 Weston Street
Hartford, CT 06120
(860) 240-9180

James J. Yaneredi
Day Pitney LLP
City Place I
185 Asylum Street
Hartford, CT 06103
(860) 275-0331

Douglas R. Van Valkenberg
Day Pitney LLP
242 Trumbull Street
Hartford, CT 06103
(860) 275-0462

Miller & Martin, PLLC
1170 Peachtree Street, NE
Suite 800
Atlanta, Ga 30309
(404) 962-6100

Carol A. Felicetta
Reid and Riege, P.C.
195 Church Street
15th Floor
New Haven, CT 06510
(203) 777-8008

Dated at Westport, Connecticut, this 16TH day of July, 2010.

By: _____
Richard H. Friedberg - Debtor
Pro se
4 Danbury Avenue
Westport, CT 06880
(914) 548-9985

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| Richard H. Friedberg | : | Case No.: 08-51245 |
| Debtor | : | |
| | : | July 16, 2010 |

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that on this 16TH day of July, a copy of Debtor's COMPLIANCE WITH RULE 8006 – RECORD AND ISSUES ON APPEAL was sent to the following parties via first class mail:

Georgia Capital, LLC
c/o Jeffrey Hellman, Esq.
Zeisler & Zeisler, PC
558 Clinton Avenue
Bridgeport, CT 06605
(203) 368-4234

Marianne Howatson
c/o Maximo Medina, Jr. Esq.
Zeldes, Needle & Cooper
PO Box 1740
1000 Lafayette Boulevard
Bridgeport, CT 06601
(203)332-5718

U.S. Trustee
c/o Steven E. Mackey
Office of the United States Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
((203) 773-2210

Kim I. McCabe
Office of U.S. Trustee
Giamo Federal Building
150 Court Street
Room 302
New Haven, CT 06510
(203)773-2210

United States of America
c/o Ann M. Nevins
United States Attorney's Office
915 Lafayette Blvd., Room 309
Bridgeport, CT 06604
(203) 696-3000

Melissa Zelen Neier
Chapter 11 Trustee
c/o Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830
(203) 661-6000

Stuart B. Ratner
c/o Stuart B. Ratner, P.C.C
1010 Summer Street
Stamford, CT 06905
(203) 323-4900

David S. Poppick, Esq.
c/o Epstein, Becker & Green
One Landmark Square, Suite 1800
Stamford, CT 06901
(203) 348-3737


Thomas M. Shanley, Esq.
7 Arch Street
Greenwich, CT 06830
(203) 622-9004

Charles Filardi, Jr.
Filardi Law Offices, LLC
65 Trumbull Street
Second Floor
New Haven, CT 06510
(203)-8388

Roberta Napolitano
Weinstein, Weiner, Ignal,
  Napolitano & Shapiro
350 Fairfield Avenue
P.O. Box 9177
Bridgeport, CT 06601
(203) 333-1177

Kenneth M. Rozich
Jacobs & Rozich. LLC
P.O. Box 1952
New Haven, CT 06509
(203)772-4134

Benjamin T. Staskiewiez
Hunt Leibert Jacobson PC
50 Weston Street
Hartford, CT 06120
(860) 240-9180


James J. Yaneredi
Day Pitney LLP
City Place I
185 Asylum Street
Hartford, CT 06103
(860) 275-0331

Douglas R. Van Valkenberg
Day Pitney LLP
242 Trumbull Street
Hartford, CT 06103
(860) 275-0462

Miller & Martin, PLLC
1170 Peachtree Street, NE
Suite 800
Atlanta, Ga 30309
(404) 962-6100

Carol A. Felicetta
Reid and Riege, P.C.
195 Church Street
15th Floor
New Haven, CT 06510
(203)777-8008

Dated at Westport, Connecticut, this 16th day of July, 2010.

By: _____
Richard H. Friedberg - Debtor
Pro se
4 Danbury Avenue
Westport, CT 06880
(914) 548-9985